UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | **1:21-cv-00912-AWI-GSA-PC** |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 6.)** |
| vs. | |
| K. ALLISON, et al., | **ORDER DENYING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS UNDER 28 U.S.C. § 1915(g) AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE FOR THIS CASE WITHIN 30 DAYS** |
| Defendants. | |
| | **THIRTY-DAY DEADLINE TO PAY $402.00 FILING FEE IN FULL** |

Christopher Lipsey, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* with this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2021, findings and recommendations were entered, recommending that Plaintiff be denied leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and be required to pay the $402.00 filing fee in full for this action. (ECF No. 6.) On June 28, 2021, Plaintiff filed objections to the findings and recommendations. (ECF No. 7.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on June 11, 2021, are ADOPTED IN FULL;
2. Plaintiff is denied leave to proceed *in forma pauperis* with this case under 28 U.S.C. § 1915(g);
3. Within thirty days of the date of service of this order, Plaintiff is required to pay the $402.00 filing fee in full for this action; and
4. Plaintiff's failure to comply with this order shall result in this case being dismissed without further notice.

IT IS SO ORDERED.

Dated: __July 2, 2021__    _____
SENIOR DISTRICT JUDGE